# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:02cr11 |
| | § | (Judge Schell) |
| MICHAEL BRYAN JACKSON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and having received Defendant's waiver of right to object and waiver of right to be present and speak at sentencing, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **MODIFIED**. It is further

**ORDERED** that Defendant's supervised release shall be modified as follows: (1) Defendant shall undergo available medical, psychiatric, or psychological treatment, including treatment for drug or alcohol dependency, as specified by the Court, and remain in a specified institution if required for that purpose; and (2) Defendant shall refrain from consuming alcohol beverages or other intoxicants while on supervision. It is further

**ORDERED** that Defendant shall be placed at the North Texas State Hospital for a period of fourteen (14) days starting on November 29, 2010 after which Defendant shall be released and

return to live with his brother Mark Jackson or another suitable relative.

**SIGNED this the 28th day of December, 2010.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE