**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:02CR11 |
| | § | |
| MICHAEL BRYAN JACKSON | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Although Defendant did not waive his right to object to the report and recommendation of this court, no objections have been timely filed. Further, Defendant did not, as directed, notify the court within 14 days of the date of the report and recommendation that he requested an allocution hearing before the District Judge. It is thus waived.

There being no objections filed to the Magistrate Judge's report or request for allocution hearing, it is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be required to serve a period of eight (8) months custody with credit for time served and no supervised release to follow.

The court notes that the Magistrate Judge found that Defendant had already served the recommended sentence for the violation of his supervised release and released him into the custody of his brother pending the undersigned's consideration of his recommendation. Further detention is not required.

**IT IS SO ORDERED.**

**SIGNED this the 5th day of August, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE